UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT<br><br>v.<br><br>WILLIAM L. ANKERMAN | : No. 3:02GP19 (PCD)<br>:<br>:<br>:<br>:<br>:<br>: March 24, 2004 |

MOTION FOR A HEARING

This matter came before the court by Presentment filed June 6, 2002. An Order to Show Cause set a hearing date of August 16, 2002. That date was continued on or about July 22, 2002, with no new date ordered. In the interim, the state discipline has been affirmed by the Connecticut Appellate Court. (See Exhibit A.) Therefore, the Grievance Committee requests that a new cause hearing be scheduled.

                THE GRIEVANCE COMMITTEE FOR THE
                UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF CONNECTICUT


                By/s/ Hugh F. Murray, III
                   Hugh F. Murray, III – ct11418

                Murtha Cullina LLP
                CityPlace I - 185 Asylum Street
                Hartford, CT  06103-3469
                Telephone:  (860) 240-6000
                Facsimile:  (860) 240-6150
                Email:  hmurray@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Hearing was mailed first-class, postage prepaid, on this 24th day of March 2004, to:

William L. Ankerman, Esq.
37 Montclair Drive
West Hartford, CT 06107

/s/ Hugh F. Murray, III
Hugh F. Murray, III – ct11418

718398