UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT | : No. 3:02GP19(PCD)<br>:<br>:<br>: |
| v. | :<br>: |
| WILLIAM L. ANKERMAN | : April 12, 2004 |

MOTION FOR CONTINUANCE

In response to the undersigned's request for a hearing in the above matter, the court scheduled a hearing for Thursday, April 15, 2004. The undersigned received a phone call from the Respondent asking that that hearing be postponed.

Postponing the hearing makes sense for the following reasons:

1. Respondent is subject to the interim order of suspension in this matter, dated October 11, 2002;

2. Respondent's criminal conviction is apparently subject to a motion for reconsideration at the Connecticut Supreme Court;

3. Respondent is subject of another disciplinary proceeding, 3:02GP10(PCD), and it makes sense to resolve both matters together after the final resolution of the criminal matter in the Connecticut court system.

For these reasons, the parties jointly request that the hearing scheduled for April 15 be postponed pending final resolution of the criminal matter.

THE GRIEVANCE COMMITTEE
FOR THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT


By /s/ Hugh F. Murray, III
   Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:   hmurray@murthalaw.com

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a copy of the foregoing Presentment was mailed first-class, postage prepaid, on this 12th day of April 2004, to:

William L. Ankerman, Esq.
37 Montclair Drive
West Hartford, CT 06107

<u>/s/ Hugh F. Murray, III</u>
Hugh F. Murray, III – ct11418

721909