UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT | : No. 3:02GP19(PCD)<br>:<br>:<br>: |
| v. | :<br>: |
| WILLIAM L. ANKERMAN | : March 2, 2005 |

## PRESENTMENT

To The Honorable United States District Court for the District of Connecticut comes the Grievance Committee of the United States District Court for the District of Connecticut, duly appointed and qualified, and makes presentment to said Court by its Counsel, Hugh F. Murray, III that William L. Ankerman, a member of the Bar of said Court, has been guilty of misconduct involving his character, integrity, professional standing and conduct, and makes complaint and says:

1.     William L. Ankerman, respondent, is an attorney-at-law, having been duly admitted to the Bar of the United States District Court for the District of Connecticut on June 9, 1975.

2.     On October 1, 2002 the Superior Court for the State of Connecticut convicted respondent. The records of the Court are attached as Exhibit A.

3.     Under Local Rule 83.2(e), when an attorney is convicted of a serious crime, counsel for the Grievance Committee must institute a Presentment in the manner specified in paragraph (d) of Rule 83.2 petitioning this Court to determine the appropriate level of discipline. All appeals, including a Writ of Certiorari to the U.S. Supreme Court, have been exhausted.

WHEREFORE, the said Committee prays that an Order may issue to William L. Ankerman to answer this Presentment and to appear and show cause why he should not be suspended from the bar of this Court, or otherwise disciplined for the reasons set forth above, and that such proceeding may be had on this Presentment as is provided for in Local Rule 83.2(c) and (f).

Dated at Hartford, Connecticut this 2nd day of March 2005.

THE GRIEVANCE COMMITTEE FOR THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT


By/s/ Hugh F. Murray, III
   Hugh F. Murray, III – ct11418

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  **hmurray@murthalaw.com**

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Presentment was mailed first-class, postage prepaid, on this 2nd day of March 2005, to:

William L. Ankerman, Esq.
37 Montclair Drive
West Hartford, CT 06107

Peter W. Benner, Esq.
Benner Resolutions, LLC
16 Wardwell Road
West Hartford, CT 06103

                           /s/ Hugh F. Murray, III
                           Hugh F. Murray, III – ct11418

718380