UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE | : No. 3:02GP19 (PCD) |
| UNITED STATES DISTRICT COURT | : |
| FOR THE DISTRICT OF CONNECTICUT | : |
| | : |
| v. | : |
| | : |
| WILLIAM L. ANKERMAN | : March 24, 2005 |

ORDER TO SHOW CAUSE

Disciplinary proceedings in the above-captioned matter were initiated on October 9, 2002, pursuant to Local Rule 83(e), following a notice from the Supreme Court for the State of Connecticut, which indicated the respondent had been convicted of a crime. The matter was forwarded to the Federal Grievance Committee which has filed its Presentment with the Court seeking action in the above-captioned matter.

The Court has taken the Committee's recommendation under advisement and it is hereby ORDERED that William L. Ankerman is to answer the subject Presentment on or before **April 15, 2005 by filing an original answer in paper and an electronic version in PDF format on disk, with the Clerk's Office, 141 Church Street, New Haven, Connecticut 06510, to the attention of Victoria C. Minor, Chief Deputy Clerk,** showing cause why discipline should not be imposed. **If you are unable to supply a PDF version of your documents, you are required to file a Notice of Manual Filing explaining why**. A Certificate of Service shall accompany the answer, showing service on Hugh F. Murray, III, counsel for the Federal Grievance Committee.

It is further ORDERED that a hearing on the matter shall be held on the **25th day of April, 2005 at 10:00 a.m. o'clock**, as provided in Local Rule 3(f)2.

Dated at New Haven, Connecticut, this 24th day of March 2005.

/s/ _____
Peter C. Dorsey
United States District Judge

718387