UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 18 P 2: 55

GRIEVANCE COMMITTEE OF THE          :       NO. 3:02 GP19 (PCD)
UNITED STATES DISTRICT COURT        :
FOR THE DISTRICT OF CONNECTICUT     :

　　VS.

WILLIAM L. ANKERMAN                 :       APRIL 11, 2005

## ANSWER

　　　Respondent, William L. Ankerman, answers the Presentment herein, dated March 2, 2005, as follows:

　　　1. Respondent is without sufficient knowledge as to the truth of this matter to form a belief, and therefore, leaves the Plaintiff to its proof as to paragraph 1.

　　　2. Respondent denies the allegations of paragraph 2.

　　　3. Respondent is without sufficient knowledge as to the allegations of paragraph 3 to form a belief, and therefore, leaves the Plaintiff to its proof.

Further, Respondent states that conviction of a "serious crime," even a felony, is insufficient, per se, as a basis for discipline.   In the underlying conviction, the Respondent's civil rights were violated, including ineffective assistance of counsel, and failure of proof as to the "wrongfulness" of his conduct.

　　　　　　　　　　　　　　　　William L. Ankerman, pro se, respondent
　　　　　　　　　　　　　　　　37 Montclair Drive
　　　　　　　　　　　　　　　　West Hartford, CT 06107-1247
　　　　　　　　　　　　　　　　(860) 233-6703

## CERTIFICATION OF SERVICE

　　　Service is hereby by mailing a copy hereof, to:

　　　　　　Hugh F. Murray, III
　　　　　　Murtha Cullina
　　　　　　City Place I, 185 Asylum Street
　　　　　　Hartford, CT 06103-3469,

　　on April 12, 2005.

　　　　　　　　　　　　　　　William L. Ankerman