UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIEVANCE COMMITTEE OF THE | : No.  02 GP 10 (PCD) |
| UNITED STATES DISTRICT COURT | :         02 GP 19 (PCD) |
| FOR THE DISTRICT OF CONNECTICUT | :         05 GP 5 (PCD) |
| | : |
| v. | : |
| | : |
| WILLIAM L. ANKERMAN | : June 7, 2005 |

ORDER TO SHOW CAUSE

Disciplinary proceedings in the above-captioned matters were initiated in 2002 and in 2005 pursuant to Local Rule 83(e), following notices from the Supreme Court for the State of Connecticut, which indicated the respondent had been convicted of a crime and had been subject to discipline. The matters were forwarded to the Federal Grievance Committee which has filed its Presentments with the Court seeking discipline. The respondent has been on an interim suspension based on a criminal conviction in the State of Connecticut.

The Court issued an order on April 21, 2005, granting the respondent's motion for extension of time for a hearing. The respondent was directed to file a notice regarding his release and failure to do so by May 23, 2005 would result in the Court scheduling a hearing in the matters. The April 21, 2005 notice was sent by certified return receipt mail to the respondent at his last address at P.O. Box 100, Somers, Connecticut, and was receipted on April 22, 2005, by "Don Durfee" signing as an agent for the respondent.

As of today, the Court has received no notice from the respondent in compliance with the April order and therefore, it is hereby ORDERED that William L. Ankerman is to show cause, **in**

**writing to be filed no later than June 17, 2005, by 10:00 a.m., with the Clerk's Office, to the attention of Victoria C. Minor, Chief Deputy Clerk, 141 Church Street, New Haven, CT 06510**, as to why he should not be disciplined as petitioned by the Federal Grievance Committee. **A Certificate of Service shall accompany the answer, showing service on Hugh F. Murray, III, counsel for the Federal Grievance Committee, Murtha Cullina, CityPlace I, Hartford, CT 06103**. A decision on the matter will be considered and decided by the Court on **June 20, 2005 at 12:00 o'clock noon, in Courtroom #1, 141 Church Street, New Haven, CT 06510.**

Dated at New Haven, Connecticut, this 7th day of June 2005.


/s/ _____
        Peter C. Dorsey
        United States District Judge