FILE

2005 JUN 15 P 2: 30

U.S.

William L. Ankerman
37 Montclair Drive
West Hartford, CT 06107-1247
June 13, 2005

Victoria C. Minor, ,
Chief Deputy Clerk
U. S. District Court
141 Church Street
New Haven, CT 06510

fax to (203) 773-233*

Re: 02 GP 10 (PCD); 02 GP19; and 05 GP 5 (PCD)

Dear Madame:

Concerning the above-referenced matters, please be advised that I spoke with you today by telephone concerning an Order to Show Cause, dated June 7, 2005, for written response, *on 6/17/05, 10AM* with a hearing scheduled for June 20, 2005. I advised you that I had mailed a letter directly to Judge Dorsey, dated May 17, 2005, from the Osborn prison, through legal mail, but, it appears, that this letter never arrived at the Court or into Judge Dorsey's hands.

I, therefore, am responding to the Order to Show Cause by faxing a copy of this letter and of an Answer, in 3:05GP5(PCD), which I also filed from prison, in like constrained circumstances, and will send the original copies by mail following up the faxing.

I would ask that I be allowed until July 1, 2005, to prepare and file a further Show Cause response concerning the merits.

For the record, I was released on Transitional Supervision on June 3, 2005, at about 3:00 P. m.

Thank you for your consideration,

William L. Ankerman

Enc.:

Copy to Hugh F. Murray, III, on June 13, 2005.

William L. Ankerman, # 326512
Osborn C. I.
P. O. Box 100
Somers, CT 06071
May 17, 2005

Honorable Peter C. Dorsey, U. S. D. J.
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Re: Nops. 3:02-gp10 (PCD)
    3:02-gp19 (PCD)
    3:05 gp 5 (PCD)

Dear Judge Dorsey:

Concerning your order of April 21, 2005, please be advised that my T/S was approved by the Warden on May 10, 2005, but that I am not as yet released and am still incarcerated, as of this date.

Thank you for your consideration in this matter.

Very truly yours,

William L. Ankerman

cc: Murtha, Cullina, LLP

City Place I

185 Asylum Street

Hartford, CT 06103-3469, on May 18, 2005.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRIEVANCE COMMITTEE OF THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF CONNECTICUT | : | NO. 3:05GP5 (PCD) |
| VS. | : | |
| WILLIAM L. ANKERMAN | : | APRIL 11, 2005 |

### ANSWER

Respondent answers the Presentment herein, dated March 2, 2005, as follows:

1. Respondent admits the allegations of paragraphs 1 and 2 of said Presentment.

3. Respondent is without sufficient knowledge as to the allegations of paragraph 3 of said Presentment to form a belief, and, therefore, leaves the Plaintiff to its proof.   The Judgment udnerlying the Discipline alleged in the Presentment herein was entered in violation of due process by illegal taking of judicial notice.

William L. Ankerman, pro se respondent
37 Montclair Drive
West Hartford, CT 06107-1247
(860) 233-6703

### CERTIFICATION OF SERVICE

Service is hereby certified by mailing a copy hereof, to:

Hugh F. Murray, III
Murtha Cullina
City Place I, 185 Asylum Street
Hartford, CT 06103-3469,

on April 14, 2005,

William L. Ankerman